UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOE H. BRYANT, JR.                             PLAINTIFF

VS.                                         CAUSE NO. ~~3:05CV179TSL~~

                                                        4:06cv6      4:06cv12
                                                        4:06cv11      4:06cv13

MISSISSIPPI MILITARY DEPARTMENT, ET AL            DEFENDANT

ORDER

        IT IS HEREBY ORDERED that the order entered in this case on April 4, 2006 is vacated.

        ORDERED this the 6th day of April, 2006.

                                                       /S/ TOM S. LEE
                                                       UNITED STATES DISTRICT JUDGE