IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

FRANKLIN E. CHALK, SR.                                                     PLAINTIFF

VS.                                 CIVIL ACTION NO. 4:06-CV-13TSL-JMR

JOE H. BRYANT                                                           DEFENDANT

## AGREED ORDER OF DISMISSAL

THIS DAY this cause came on to be heard upon the motion of the Plaintiff, Franklin E. Chalk, Sr., for this Court's dismissal of this action with prejudice. Having heard and considered said motion, having been advised by the Plaintiff that he wishes to dismiss this action with prejudice, having retained jurisdiction of this matter to consider any and all relief available under the rules of this Court, and having been otherwise fully advised in the premises, the Court finds the motion to be well taken and the same is hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's Complaint against Defendant, Joe H. Bryant, which is on file and of record in this cause, be and it is hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED this the 22nd day of September, 2006.

                                                   /s/ Tom S. Lee
                                                   U. S. DISTRICT COURT JUDGE

AGREED TO AND APPROVED:

*/s/ Paul A. Koerber*
Paul A. Koerber, MSB # 4239
Post Office Box 12805
Jackson, Mississippi 39236-2805
Telephone : (601) 956-0072

*/s/ Franklin E. Chalk, Sr.*
FRANKLIN E. CHALK, SR., pro se